# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-1397

_____

Vernon L. Johnson

*Plaintiff - Appellant*

v.

SSM Healthcare System

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: November 14, 2014
Filed: November 20, 2014
[Unpublished]

_____

Before WOLLMAN, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Dr. Vernon L. Johnson appeals the district court's[1] adverse grant of summary
judgment in his state-tort suit for damages arising from revocation of his hospital

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern
District of Missouri.

privileges; his suit was removed to federal court under the Health Care Quality Improvement Act (HCQIA). Upon de novo review, we find no basis for overturning the district court's determination that SSM was entitled to HCQIA immunity, because Dr. Johnson did not satisfy his burden of producing evidence that would allow a reasonable jury to find that the peer review process failed to meet HCQIA's standards. See Lee v. Trinity Lutheran Hosp., 408 F.3d 1064, 1070-71 (8th Cir. 2005).[2] The judgment of the district court is affirmed, see 8th Cir. R. 47B, and Dr. Johnson's pending motion is granted.

_____

_____

[2]We decline to address the matters Dr. Johnson raises for the first time in his opening brief, see Stone v. Harry, 364 F.3d 912, 914-15 (8th Cir. 2004), or in his reply brief, see Jenkins v. Winter, 540 F.3d 742, 751 (8th Cir. 2008).